UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :

CJI TRADING LLC f/k/a CROTON           :
JEWELRY INTERNATIONAL LLC,            :     **ORDER REGULATING**
                                                             :     **PROCEEDINGS**
                          Plaintiff,                   :
        v.                                                :     20 Civ. 4294 (AKH)
                                                             :
JPMORGAN CHASE BANK, N.A.,             :
                                                             :
                       Defendant.               :
                                                             :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument on Defendant's motion to dismiss will be held on November 17, 2020, at 2:30 p.m. Oral argument will be held telephonically via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

        To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than November 13, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

        SO ORDERED.

Dated:    October 2, 2020                                     /s/ Alvin K. Hellerstein
               New York, New York                         ALVIN K. HELLERSTEIN
                                                                United States District Judge