UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CJI TRADING LLC f/k/a CROTON JEWELRY INTERNATIONAL LLC,<br><br>                            Plaintiff,<br><br>            - against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                           Defendant. | No. 1:20-cv-04294<br><br>Hon. Alvin K. Hellerstein |

**DEFENDANT'S NOTICE OF MOTION TO REDACT PORTIONS
OF ITS ANSWER AND FILE EXHIBITS UNDER SEAL**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant JPMorgan Chase Bank, N.A. ("Chase") hereby moves this Court, pursuant to Rule 4(B) of Your Honor's Individual Rules, for an order authorizing Chase to file Exhibits B and C to its Answer under seal, and to redact limited portions of the Answer describing those Exhibits and other confidential information from the publicly-filed Answer.

Dated:    New York, New York
               November 19, 2020

GREENBERG TRAURIG, LLP

By:   /s/ David I. Miller
        David I. Miller
        Sylvia E. Simson
        Keith Hammeran
        Noah Lindenfeld

MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
david.miller@gtlaw.com
simsons@gtlaw.com
hammerank@gtlaw.com
lindenfeldn@gtlaw.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

SO ORDERED,

/s/ A. K. Hellerstein

11/23/20