**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CJI Trading LLC f/k/a Croton Jewelry International LLC,

                        Plaintiff,                    20 **CIVIL** 4294 (AKH)

       -against-                                 **JUDGMENT**

JPMorgan Chase Bank, N.A.,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated May 21, 2021, Defendant's motion for judgment on the pleadings is granted, and this case is dismissed in its entirety. CJI's request to amend its complaint is denied as futile, as the Agreement precludes liability against Chase; Judgment is entered for Defendant and the case is closed.

**Dated:** New York, New York
          May 24, 2021

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court
                                     **BY:**
                                                         **Deputy Clerk**